| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497) |
| | TCheung@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California 94105 |
| | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| 5 | WHITNEY R. O'BYRNE (CA SBN 325698) |
| | WObyrne@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| 7 | Los Angeles, California 90017 |
| | Telephone: 213.892.5200 |
| 8 | Facsimile: 213.892.5454 |
| 9 | Attorneys for Defendant |
| | EXPRESS SCRIPTS HOLDING COMPANY |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JONATHAN LYNCH, individually and on behalf of all others similarly situated, | Case No. 4:23-cv-01170-YGR |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |
| v. | Judge: Hon. Yvonne G. Rogers |
| EXPRESS SCRIPTS HOLDING COMPANY, | Date Action Filed: March 15, 2023 |
| Defendant. | Trial Date: N/A |

Pursuant to Civil Local Rule 6-1(a), Plaintiff and Defendant Express Scripts Holding Company ("Defendant"), by and through their respective counsel of record, hereby stipulate that the time for Defendant to answer or otherwise respond to the Complaint served by Plaintiff on March 20, 2023, shall be extended to June 9, 2023.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 7, 2023 | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By:    */s/ Tiffany Cheung* |
| 5 | | TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com |
| 6 | | MORRISON & FOERSTER LLP<br>425 Market Street |
| 7 | | San Francisco, California 94105<br>Telephone: 415.268.7000 |
| 8 | | Facsimile: 415.268.7522 |
| 9 | | |
| 10 | Dated: April 7, 2023 | SWIGART LAW GROUP, APC |
| 11 | | |
| 12 | | By:    */s/ Joshua Swigart* |
| 13 | | Joshua B. Swigart, Esq (CA SBN 225557)<br>Josh@SwigartLawGroup.com |
| 14 | | SWIGART LAW GROUP, APC<br>2221 Camino del Rio S, Ste. 308 |
| 15 | | San Diego, California 92108<br>Telephone: 866.219.3343 |
| 16 | | Facsimile: 866.219.8344 |

**ECF ATTESTATION**

I, Tiffany Cheung, am the ECF User whose identification and password are being used to file the foregoing STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT. Pursuant to L.R. 5-1(h)(3), I, Tiffany Cheung, attest that concurrence in the filing of this document has been obtained.

Dated: April 7, 2023                           MORRISON & FOERSTER LLP

                                               By:    *Tiffany Cheung*