TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

WHITNEY R. O'BYRNE (CA SBN 325698)
WObyrne@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

ELISABETH HUTCHINSON (admitted *pro hac vice*)
EHutchinson@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza, 370 Seventeenth Street
Denver, Colorado 80202
Telephone: 303.592.1500
Facsimile: 303.592.1510

Attorneys for Defendant
EXPRESS SCRIPTS HOLDING COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JONATHAN LYNCH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

EXPRESS SCRIPTS HOLDING COMPANY,

Defendant.

Case No. 3:23-cv-01170-AMO

**STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT; (2) VACATING DEADLINE TO FILE JOINT CASE MANAGEMENT STATEMENT; (3) SETTING INITIAL CASE MANAGEMENT CONFERENCE; AND (4) DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT**

Judge: Hon. Araceli Martínez-Olguín

Date Action Filed: March 15, 2023

Pursuant to Civil Local Rule 6-1(b) and 6-2(a), Plaintiff and Defendant Express Scripts Holding Company ("Defendant"), collectively, the "Parties," by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on March 15, 2023 (ECF No. 1);

WHEREAS, Defendant filed a Motion to Dismiss the Complaint on June 9, 2023 (ECF No. 24);

WHEREAS, the hearing on Defendant's Motion to Dismiss Plaintiff's original complaint is scheduled for October 26, 2023 (ECF No. 30);

WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") on July 24, 2023 (ECF No. 31);

WHEREAS, Defendant's deadline to respond to Plaintiff's FAC is August 14, 2023;

WHEREAS, an initial Case Management Conference is currently scheduled for August 17, 2023, with a Joint Case Management Statement due August 10, 2023 (ECF No. 21);

WHEREAS, the Parties previously stipulated to: (a) extend Defendant's deadline to respond to Plaintiff's original complaint (ECF No. 11); (b) reset the initial Case Management Conference to August 14, 2023, due to scheduling conflicts of the Parties' counsel (ECF No. 14); (c) reset the initial Case Management Conference to August 17, 2023, due to the Court's reassignment of the case (ECF No. 21); and (d) extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss or file an amended complaint (ECF No. 27);

WHEREAS, to give Defendant time to investigate the new allegations in the FAC, the Parties stipulate that the time for Defendant to answer or otherwise respond to the FAC shall be extended to September 13, 2023;

WHEREAS, in light of the filing of the FAC and new status of the proceedings, the Parties agree that vacating the August 10, 2023 deadline for filing a joint case management statement, and resetting the initial Case Management Conference to Thursday, October 26, 2023, will facilitate the efficient management of this matter and conserve judicial resources;

WHEREAS, in light of the aforementioned stipulations and filing of the FAC, Defendant's Motion to Dismiss (ECF No. 24) and the October 26, 2023 hearing thereon (ECF No. 30) should be denied as moot and the hearing date be vacated accordingly;

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the approval of the Court, that (1) the deadline for Defendant to answer or otherwise respond to Plaintiff's First Amended Complaint shall be extended to September 13, 2023; (2) the deadline for the Parties to file their Joint Case Management Statement shall be vacated; (3) an initial Case Management Conference shall be scheduled for Thursday, October 26, 2023; and (4) Defendant's pending Motion to Dismiss (ECF No. 24) and October 26, 2023 hearing date (ECF No. 30) shall be denied as moot and vacated, respectively.

Dated: July 26, 2023

MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

Dated: July 26, 2023

BURSOR & FISHER, P.A.

By: */s/ L. Timothy Fisher*

L. Timothy Fisher (CA SBN 191626)
Jenna L. Gavenman (CA SBN 348510)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jgavenman@bursor.com

**ECF ATTESTATION**

I, Tiffany Cheung, am the ECF User whose identification and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER (1) EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; (2) VACATING DEADLINE TO FILE JOINT CASE MANAGEMENT STATEMENT; (3) SETTING INITIAL CASE MANAGEMENT CONFERENCE; AND (4) DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT. Pursuant to L.R. 5-1(h)(3), I, Tiffany Cheung, attest that concurrence in the filing of this document has been obtained.

Dated: July 26, 2023

MORRISON & FOERSTER LLP

By: *Tiffany Cheung*

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1. The deadline for Defendant to answer or otherwise respond to Plaintiff's First Amended Compliant is extended to September 13, 2023;
2. The deadline for the Parties to file their Joint Case Management Statement, currently set for August 10, 2023, is VACATED.
3. An initial Case Management Conference is hereby scheduled for October 26, 2023.
4. Defendant's pending Motion to Dismiss (ECF No. 24) is DENIED AS MOOT and the current October 26, 2023 hearing date thereon is VACATED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ____________________

______________________________
Honorable Araceli Martínez-Olguín
United States District Judge