TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

WHITNEY R. O'BYRNE (CA SBN 325698)
WObyrne@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
EXPRESS SCRIPTS HOLDING COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN LYNCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS HOLDING COMPANY,<br><br>Defendant. | Case No.    3:23-cv-01170-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER THE THIRD AMENDED COMPLAINT**<br><br>[Civ. L.R. 6-1(b), 6-2(a), 7-12]<br><br>Judge: Hon. Araceli Martínez-Olguín<br><br>Date Action Filed: March 15, 2023<br><br>Trial Date: N/A |

Pursuant to Northern District of California Civil Local Rules 6-1(b), 6-2(a), and 7-12, Plaintiff Jonathan Lynch ("Plaintiff") and Defendant Express Scripts Holding Company ("Defendant" or "Express Scripts"), by and through their undersigned counsel, hereby stipulate to extend Defendant's deadline to file its answer to all claims in the Third Amended Complaint ("TAC") to July 8, 2026.

WHEREAS, on August 18, 2025, the Parties submitted a stipulation setting a briefing schedule regarding Defendant's anticipated motion to dismiss the TAC and Defendant's deadline to respond to Plaintiff's claim under the Confidentiality of Medical Information Act ("CMIA") to 21 days after the Court rules on Defendant's motion to dismiss the TAC (ECF No. 61) (the "August 2025 Stipulation");

WHEREAS, on August 22, 2025, the Court issued an order granting the stipulation, as modified to set a deadline for submitting a case management statement and to set a deadline for the case management conference (ECF No. 63);

WHEREAS, Plaintiff filed his TAC on August 26, 2025 (ECF No. 64);

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's TAC on September 25, 2025 (ECF No. 67);

WHEREAS, Plaintiff filed his opposition to Defendant's Motion to Dismiss Plaintiff's TAC on October 27, 2025 (ECF No. 69);

WHEREAS, Defendant filed its reply in support of its Motion to Dismiss Plaintiff's TAC on November 10, 2025 (ECF No. 72);

WHEREAS, on February 10, 2026, the Court vacated the February 26, 2026, hearing on Defendant's Motion to Dismiss Plaintiff's TAC and deemed the motion suitable for decision without oral argument (ECF No. 74);

WHEREAS, on June 17, 2026, the Court issued its order granting in part and denying in part Defendant's Motion to Dismiss Plaintiff's TAC (ECF No. 77) (the "MTD Order");

WHEREAS, Defendant's current deadline to answer the remaining claims in Plaintiff's TAC, with the exception of Plaintiff's CMIA claim, is July 1, 2026;

WHEREAS, pursuant to the Parties' August 2025 Stipulation and the Court's August 22, 2025, order granting that stipulation as modified, Defendant's deadline to respond to Plaintiff's CMIA claim was extended until 21 days after the Court ruled on Defendant's motion to dismiss the TAC (ECF Nos. 61, 63);

WHEREAS, 21 days after the Court issued its June 17, 2026 MTD Order is July 8, 2026, making Defendant's current deadline to answer Plaintiff's CMIA claim July 8, 2026;

WHEREAS, the Parties agree that extending Defendant's deadline to answer all remaining claims in Plaintiff's TAC to July 8, 2026 will facilitate the efficient management of this matter and conserve the resources of the Parties and the Court;

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the approval of the Court, that Defendant's deadline to answer the remaining claims in Plaintiff's Third Amended Complaint shall be extended to July 8, 2026.  The parties will update the Court by July 1 regarding any other requests to modify the existing case deadlines.

Dated: June 24, 2026                    MORRISON & FOERSTER LLP


                                        By:  /s/ Tiffany Cheung
                                            TIFFANY CHEUNG (CA SBN 211497)
                                            TCheung@mofo.com
                                            MORRISON & FOERSTER LLP
                                            425 Market Street
                                            San Francisco, California 94105
                                            Telephone: 415.268.7000
                                            Facsimile: 415.268.7522


Dated: June 24, 2026                    BURSOR & FISHER, P.A.


                                        By:  /s/ L. Timothy Fisher
                                            L. Timothy Fisher (CA SBN 191626)
                                            Jenna L. Gavenman (CA SBN 348510)
                                            1990 North California Boulevard, Suite 940
                                            Walnut Creek, CA 94596
                                            Telephone: (925) 300-4455
                                            Facsimile: (925) 407-2700
                                            E-mail: ltfisher@bursor.com
                                                   jgavenman@bursor.com

**ECF ATTESTATION**

I, Tiffany Cheung, am the ECF User whose identification and password are being used to file the foregoing JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER THE THIRD AMENDED COMPLAINT.  Pursuant to Civil Local Rule 5-1(i)(3), I, Tiffany Cheung, attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  June 24, 2026          MORRISON & FOERSTER LLP


By:  */s/ Tiffany Cheung*
          TIFFANY CHEUNG

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Stipulation Extending Defendant's Time to Answer the Third Amended Complaint.  The Court, having considered the stipulation and good cause appearing, hereby **GRANTS** the stipulation and **ORDERS** that:

1.      Defendant's deadline to answer all remaining claims alleged in Plaintiff's Third Amended Complaint is extended to **July 8, 2026**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    6/25/2026

_____
Honorable Araceli Martinez-Olguín
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S ANSWER DEADLINE
CASE NO. 3:23-CV-01170-AMO